**IT IS ORDERED as set forth below:**

**Date: April 21, 2020**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>JOHN MARK LONG,<br>       Debtor. | CASE NO. 18-70296-jwc<br><br>CHAPTER: 13<br><br>JUDGE: JEFFERY W. CAVENDER |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br>       Movant,<br><br>v.<br><br>JOHN MARK LONG, Debtor<br>LEA C LONG, Co-Debtor<br>NANCY J. WHALEY, Trustee,<br>       Respondent(s). | CONTESTED MATTER |

<u>CONSENT ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY</u>
<u>(#31)</u>

The above styled Motion having been scheduled for a hearing before the Court on April 7, 2020, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 4556 Duane Drive, Buford, Georgia 30519 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through April 1, 2020, totals $5,860.12, including four (4) payments of $1,207.28 each, $181.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor shall receive a credit of $1,204.78 in suspense. Debtor is ordered to pay the sum of $1,207.28 (instanter). Beginning May 1, 2020, Debtor shall resume timely remittance of the regular monthly mortgage payments. Beginning May 15, 2020 and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $383.12 per month, for eight (8) months and one (1) month of $383.10 or until the arrearage is cured. Payments should be sent to:

Nationstar Mortgage LLC d/b/a Mr. Cooper
Bankruptcy Claims Payments
P.O. Box 619094
Dallas, TX 75261-9741

or to such address as may be designated. It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents for a period of eighteen (18) months from the date of entry of this order, then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

FURTHER ORDERED that there having been no appearance by the Co-Debtor(s), the Motion for Relief from the Co-Debtor Stay is *granted*.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Bryce Noel*
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bnoel@aldridgepite.com


/s/ Howard P. Slomka                               with express permission
Howard P. Slomka, Bar No. 652875
Attorney for Debtor(s)
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339
Phone: (404) 800-4001
Email: se@myatllaw.com

NO OPPOSITION:

_/s/ Julie M. Anania_____ with express permission
Julie M. Anania, Bar No. 477064
Attorney for Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
Phone:  (678) 992-1201
ecf@njwtrustee.com

DISTRIBUTION LIST

John Mark Long
4556 Duane Drive
Buford, GA 30519

Lea C Long
4556 Duane Drive
Buford, GA 30519

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305