# UNITED STATES BANKRUPTCY COURT
## FOR THE Northern District of GEORGIA

IN RE:                                §
                                      §   CASE NO.
**JOHN MARK LONG**                    §   18-70296-jwc
                                      §   Chapter 13
                                      §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as Trust Administrator and as Indenture Trustee for CITIGROUP MORTGAGE LOAN TRUST 2023-RP1 | Nationstar Mortgage LLC D/B/A Mr Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 1
Amount of Claim: $ 111374.31
Date Claim Filed: 02/01/2019

Phone: (800)365-7107
Last Four Digits of Acct #: 5148

Phone: (800) 643-0202
Last Four Digits of Acct.#: 4923

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                    Date:    4/4/2023

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE Northern District of GEORGIA

IN RE: § CASE NO.
  § 18-70296-jwc
JOHN MARK LONG § Chapter 13
  §

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 4/4/2023 via electronic notice unless otherwise stated:

**Debtor**       *Via U.S. Mail*

JOHN MARK LONG
4556 Duane Dr
Buford, GA 30519-7531

**Debtors' Attorney**
HOWARD P. SLOMKA
SLIPAKOFF & SLOMKA, PC
6400 Powers Ferry Rd Ste 200
Atlanta, GA 30339-2907

**Chapter 13 Trustee**
NANCY J. WHALEY
303 Peachtree St NE Ste 120
Atlanta, GA 30308-3201

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart